# Evosite Control Rooms
## Profit & Loss Statement for period ending 4/30/2021

Selection : Divisions = All   Departments = All   Current Year 2021

| Account Description | | Apr. 2021 | Budget | Variance | YTD 2021 | Budget | Variance |
|---|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| 40000 | Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40100 | Revolution Sales | 0.00 | 441,286.00 | (441,286.00) | 488,264.82 | 1,236,418.00 | (748,153.18) |
| 40200 | Synergy Sales | 0.00 | 8,177.00 | (8,177.00) | 49,568.60 | 22,468.00 | 27,100.60 |
| 40300 | ErgoCon Sales | 0.00 | 26,598.00 | (26,598.00) | 0.00 | 73,894.00 | (73,894.00) |
| 40400 | Elicon Sales | 0.00 | 2,892.00 | (2,892.00) | 0.00 | 7,654.00 | (7,654.00) |
| 40500 | Chair Sales | 0.00 | 70,000.00 | (70,000.00) | 31,851.79 | 280,000.00 | (248,148.21) |
| 40600 | Parts & Accessories Sales | 0.00 | 21,900.00 | (21,900.00) | 15,294.25 | 61,383.00 | (46,088.75) |
| 40700 | Design Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40900 | Other Revenues | 0.00 | 5,200.00 | (5,200.00) | 354.43 | 20,800.00 | (20,445.57) |
| **Total Income** | | **0.00** | **576,053.00** | **(576,053.00)** | **585,333.89** | **1,702,617.00** | **(1,117,283.11)** |
| **Cost of Sales** | | | | | | | |
| 50100 | COGS - Revolution | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50101 | Revolution Materials | 0.00 | 199,179.00 | (199,179.00) | 170,809.28 | 558,273.00 | (387,463.72) |
| 50102 | Revolution Labor | 0.00 | 22,089.00 | (22,089.00) | 37,113.77 | 61,913.00 | (24,799.23) |
| 50103 | Revolution Installation | 0.00 | 4,484.00 | (4,484.00) | 3,124.10 | 12,569.00 | (9,444.90) |
| 50104 | Revolution Freight,Packing,Storage | 0.00 | 16,818.00 | (16,818.00) | 178.87 | 47,138.00 | (46,959.13) |
| 50105 | Revolution Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50200 | COGS - Synergy | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50201 | Synergy Materials | 0.00 | 2,440.00 | (2,440.00) | 15,156.04 | 6,839.00 | 8,317.04 |
| 50202 | Synergy Labor | 0.00 | 417.00 | (417.00) | 11,345.82 | 1,169.00 | 10,176.82 |
| 50203 | Synergy Installation | 0.00 | 674.00 | (674.00) | 0.00 | 1,889.00 | (1,889.00) |
| 50204 | Synergy Freight, Packing, Storage | 0.00 | 829.00 | (829.00) | 2,750.00 | 2,323.00 | 427.00 |
| 50205 | Synergy Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50300 | COGS - ErgoCon | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50301 | ErgoCon Materials | 0.00 | 13,031.00 | (13,031.00) | 0.00 | 36,524.00 | (36,524.00) |
| 50302 | ErgoCon Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50303 | ErgoCon Installation | 0.00 | 48.00 | (48.00) | 0.00 | 135.00 | (135.00) |
| 50304 | ErgoCon Freight, Packing, Storage | 0.00 | 1,549.00 | (1,549.00) | 0.00 | 4,342.00 | (4,342.00) |
| 50305 | ErgoCon Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50400 | COGS - Elicon | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50401 | Elicon Materials | 0.00 | 900.00 | (900.00) | 0.00 | 2,523.00 | (2,523.00) |
| 50402 | Elicon Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50403 | Elicon Installation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50404 | Elicon Freight, Packing, Storage | 0.00 | 553.00 | (553.00) | 0.00 | 1,550.00 | (1,550.00) |
| 50405 | Elicon Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50500 | COGS - Chairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50501 | Chair Materials | 0.00 | 48,300.00 | (48,300.00) | 17,924.54 | 193,200.00 | (175,275.46) |
| 50502 | Chair Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50503 | Chair Installation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50504 | Chair Freight, Packing, Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50505 | Chair Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50600 | COGS - Parts & Accessories | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50601 | Parts & Accessorices Materials | 0.00 | 9,000.00 | (9,000.00) | 5,976.75 | 25,225.00 | (19,248.25) |
| 50602 | Parts & Accessorices Labor | 0.00 | 1,966.00 | (1,966.00) | 375.72 | 5,510.00 | (5,134.28) |
| 50603 | Parts & Accessorices Installation | 0.00 | 55.00 | (55.00) | 79.80 | 155.00 | (75.20) |
| 50604 | Parts & Accessorices Freight, Packi | 0.00 | 1,025.00 | (1,025.00) | 185.98 | 2,873.00 | (2,687.02) |
| 50605 | Parts & Accessorices Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50700 | COGS - Design | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50701 | Design Material Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50702 | Design Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50703 | Design Installation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50704 | Design Freight, Packing, Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50705 | Design Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Evosite Control Rooms
## Profit & Loss Statement for period ending 4/30/2021

Selection : Divisions = All   Departments = All   Current Year 2021

| | Account Description | Apr. 2021 | Budget | Variance | YTD 2021 | Budget | Variance |
|---|---|---:|---:|---:|---:|---:|---:|
| 50900 | COGS - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50901 | Other Materials | 0.00 | 513.00 | (513.00) | 0.00 | 1,439.00 | (1,439.00) |
| 50902 | Other Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50903 | Other Installation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50904 | Other Freight, Packing, Storage | 0.00 | 0.00 | 0.00 | 3,481.68 | 0.00 | 3,481.68 |
| 50905 | Other Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost Of Sales** | | **0.00** | **323,870.00** | **(323,870.00)** | **268,502.35** | **965,589.00** | **(697,086.65)** |
| **GROSS PROFIT / (LOSS)** | | **0.00** | **252,183.00** | **(252,183.00)** | **316,831.54** | **737,028.00** | **(420,196.46)** |
| | Gross Profit Percentage of Total Income | 0.00% | 43.78% | 0.00% | 54.13% | 43.29% | 0.00% |
| **Fixed Expenses** | | | | | | | |
| 60000 | Fixed Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60100 | Shop | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60101 | Tools & Equipment | 0.00 | 40.00 | (40.00) | 0.00 | 160.00 | (160.00) |
| 60102 | Shop Supplies | 0.00 | 459.00 | (459.00) | 4,004.66 | 1,836.00 | 2,168.66 |
| 60103 | Repairs & Maintenance | 0.00 | 135.00 | (135.00) | 0.00 | 540.00 | (540.00) |
| 60104 | Equipment Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60105 | Truck Expense | 0.00 | 90.00 | (90.00) | 0.00 | 360.00 | (360.00) |
| 60106 | Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60107 | Freight - Indirect OH | 0.00 | 50.00 | (50.00) | 7.65 | 200.00 | (192.35) |
| 60200 | Other Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60201 | Safety & Conformance | 0.00 | 200.00 | (200.00) | 486.12 | 800.00 | (313.88) |
| 60202 | Training | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60203 | Warranty Expense | 0.00 | 200.00 | (200.00) | 0.00 | 800.00 | (800.00) |
| 60205 | Research & Development Cost | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60209 | Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70000 | Marketing & Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70101 | Sales Payroll | 0.00 | 44,338.00 | (44,338.00) | 86,684.96 | 177,352.00 | (90,667.04) |
| 70102 | Bonus & Commission | 0.00 | 25,233.00 | (25,233.00) | 1,641.27 | 73,921.00 | (72,279.73) |
| 70201 | Online Marketing | 0.00 | 1,200.00 | (1,200.00) | 2,838.98 | 4,800.00 | (1,961.02) |
| 70202 | Marketing Events/Tradeshows | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70203 | Print Advertising & Promotion | 0.00 | 500.00 | (500.00) | 676.56 | 2,000.00 | (1,323.44) |
| 70204 | Client Relations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70301 | Food & Entertainment | 0.00 | 100.00 | (100.00) | 68.09 | 400.00 | (331.91) |
| 70302 | Travel | 0.00 | 500.00 | (500.00) | 0.00 | 2,000.00 | (2,000.00) |
| 70401 | Consultants | 0.00 | 0.00 | 0.00 | 6,198.00 | 0.00 | 6,198.00 |
| 70501 | Other Marketing & Sales | 0.00 | 3,150.00 | (3,150.00) | 6,924.95 | 12,600.00 | (5,675.05) |
| 80000 | General & Administrative | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80101 | G&A Payroll | 0.00 | 45,000.00 | (45,000.00) | 83,347.15 | 150,000.00 | (66,652.85) |
| 80102 | Bonus & Commission | 0.00 | 5,047.00 | (5,047.00) | 1,069.05 | 14,785.00 | (13,715.95) |
| 80103 | Food & Entertainment | 0.00 | 50.00 | (50.00) | 0.00 | 200.00 | (200.00) |
| 80104 | Travel | 0.00 | 50.00 | (50.00) | 120.98 | 200.00 | (79.02) |
| 80105 | G&A Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80201 | Office Rent | 0.00 | 19,775.00 | (19,775.00) | 60,468.20 | 79,100.00 | (18,631.80) |
| 80202 | Electricity | 0.00 | 1,750.00 | (1,750.00) | 3,988.64 | 7,000.00 | (3,011.36) |
| 80203 | Water | 0.00 | 55.00 | (55.00) | 108.22 | 220.00 | (111.78) |
| 80204 | Phone & Internet | 0.00 | 643.00 | (643.00) | 1,256.96 | 2,572.00 | (1,315.04) |
| 80205 | Cleaning Janitorial | 0.00 | 460.00 | (460.00) | 460.00 | 1,955.00 | (1,495.00) |
| 80206 | General Supplies | 0.00 | 350.00 | (350.00) | 19.99 | 1,400.00 | (1,380.01) |
| 80207 | Building Maintenance | 162.38 | 1,385.00 | (1,222.62) | 1,425.94 | 5,540.00 | (4,114.06) |
| 80301 | I.T. Expenses | 0.00 | 2,850.00 | (2,850.00) | 9,731.03 | 11,400.00 | (1,668.97) |
| 80302 | Software | 2,134.74 | 2,800.00 | (665.26) | 9,696.43 | 11,200.00 | (1,503.57) |
| 80401 | Professional Services | 0.00 | 0.00 | 0.00 | 2,950.00 | 4,500.00 | (1,550.00) |
| 80402 | Dues & Memberships | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Evosite Control Rooms
## Profit & Loss Statement for period ending 4/30/2021

Selection : Divisions = All   Departments = All   Current Year 2021

| | Account Description | Apr. 2021 | Budget | Variance | YTD 2021 | Budget | Variance |
|---|---|---:|---:|---:|---:|---:|---:|
| 80403 | Licenses & Regulatory | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80404 | Insurance | 0.00 | 7,000.00 | (7,000.00) | 13,674.68 | 28,000.00 | (14,325.32) |
| 80405 | Banking Fees | 0.00 | 68.00 | (68.00) | 277.81 | 272.00 | 5.81 |
| 80406 | Credit Card Fees | 0.00 | 1,045.00 | (1,045.00) | 976.55 | 4,180.00 | (3,203.45) |
| 80501 | Depreciation | 0.00 | 3,098.00 | (3,098.00) | 6,487.56 | 12,392.00 | (5,904.44) |
| 80502 | Amortization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80601 | Bad Debt Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90000 | Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90101 | Interest Expense | 0.00 | 1,595.00 | (1,595.00) | 2,532.21 | 6,380.00 | (3,847.79) |
| 90102 | ForEx Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90201 | Penalties & Fines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90301 | Income Taxes | 0.00 | 1,206.00 | (1,206.00) | 2,412.00 | 4,824.00 | (2,412.00) |
| 90302 | Property Taxes | 0.00 | 908.00 | (908.00) | 1,816.00 | 3,632.00 | (1,816.00) |
| **Total Expenses** | | **2,297.12** | **171,330.00** | **(169,032.88)** | **312,350.64** | **627,521.00** | **(315,170.36)** |
| **NET PROFIT / (LOSS)** | | **(2,297.12)** | **80,853.00** | **(83,150.12)** | **4,480.90** | **109,507.00** | **(105,026.10)** |
| | Net Profit Percentage of Total Income | 0.00% | 14.04% | 0.00% | 0.77% | 6.43% | 0.00% |