United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-31450 |
| EVOSITE, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**AGREED ORDER DISMISSING BANKRUPTCY CASE**
**(Docket No. ___)**

Brendon Singh, Subchapter V Trustee ("Trustee"), and Texas Comptroller of Public Accounts, through its counsel, agreed to the distribution of the remaining proceeds ($9,781.23) from the sale of Debtor's assets, which proceeds the Trustee is holding in his trust account, and these parties as follows:

**ORDERED THAT:**

1. This case is dismissed.

2. The Trustee shall send **$9,781.23** to the Texas Comptroller of Public Accounts ("CPA"), by wiring this amount to CPA's TX Comp Austin account with the account number ending in 0001. This amount will constitute full satisfaction of CPA's claim against the Debtor.

3. Notwithstanding anything else to the contrary herein, CPA reserves any rights to pursue any non-debtor third parties for tax debts or claims.

**Signed: April 10, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

APPROVED AS TO FORM:


/s/ Brendon Singh
Brendon Singh,
Subchapter V Trustee


/s/ Christopher Murphy
Christopher Murphy,
Assistant Attorney General,
Office of the Texas Attorney General